UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:  CHAPTER 13
JAMES C. JONES
ELLA V. JONES  CASE NO. 11-82956

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:** LVNV Funding LLC          **Court claim #: 6**

**Last four digits** of any number used to identify the debtor's account: 2701

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $1648.98 |
| Amount Paid by Trustee | $1648.98 |

| *Monthly ongoing Mortgage Payment* | | | |
|---|---|---|---|
| Mortgage is paid: | | | |
| ☐ | Thru the Chapter 13 Plan | ☒ | Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  10/8/2014          /s/Lydia S. Meyer
                           Lydia S. Meyer, Trustee
                           308 W. State St., Suite 212
                           Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 8th Day of October, 2014.

Dated:  10/8/2014          /s/Cynthia K. Burnard

LVNV FUNDING LLC
C/O RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE, SC 29603-0587

AMERICAN GENERAL FINANCE
211 ELM STREET, SUITE D
ROCKFORD, IL  61101

SPRINGLEAF FINANCIAL SERVICES
6412 N 2ND ST
LOVES PARK, IL 61111

JAMES C. JONES
ELLA VA. JONES
4251 GEORGE DR.
ROCKTON, IL  61072

BRIAN A HART LAW OFFICES
1410 N. MAIN STREET
ROCKFORD, IL  61103